No. 467. KECK INVESTMENT Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 28, 1935. Petition for writ

of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Thomas R. Dempsey* and *A. Calder Mackay* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *F. E. Youngman* for respondent.